JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA M. FUTAK, a.k.a. CHRISTY FUTAK,<br><br>Defendant. | Case No. 8:16-cv-01653-JLS-JCGx<br><br>FINAL ORDER AND JUDGMENT PERMANENTLY ENJOINING CHRISTINA M. FUTAK, a.k.a. CHRISTY FUTAK |

As stated by the parties in the Stipulation for Entry of Final Order and Judgment,

1. Plaintiff, United States of America, commenced this civil action by filing the United States' "Complaint To Enjoin Defendant From (1) Preparing and Filing Tax Returns, Or Aiding And Assisting In The Preparation and Filing Of Tax Returns, Or (2) Representing Clients Before Internal Revenue Service."

2. Defendant, CHRISTINA M. FUTAK, a.k.a. CHRISTY FUTAK, admits the allegations of the Complaint, consents to entry of a Final Order and Judgment of permanent injunction without further notice, waives the entry of findings of fact and conclusions of law, and waives any right she may have to appeal.

-1-

3. The Court has jurisdiction over this action pursuant to 26 U.S.C. §§ 7401, 7402(a), and 7407, and 28 U.S.C. §§ 1340 and 1345.

NOW, THEREFORE, in accordance with the parties' stipulation described above, it is ORDERED, ADJUDGED and DECREED that

4. CHRISTINA M. FUTAK, a.k.a. CHRISTY FUTAK is permanently enjoined from:

 a. Preparing and filing federal income tax returns and federal payroll tax returns (acting as a tax return preparer within the meaning of Section 7701(a)(36) of the Internal Revenue Code);
 b. Taking any action in furtherance of aiding, assisting, advising, preparing, and filing for compensation tax returns of third-party taxpayers; or
 c. Representing taxpayers before the Internal Revenue Service.

5. CHRISTINA M. FUTAK, a.k.a. CHRISTY FUTAK is permitted to prepare and file federal tax returns for herself and her legal spouse.

6. This Court shall retain jurisdiction for the purpose of implementing and enforcing the Final Order and Judgment.

**IT IS SO ORDERED.**

Dated: September 13, 2016

_____
**Hon. JOSEPHINE L. STATON**
UNITED STATES DISTRICT JUDGE